1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LAVELL D. LEWIS, | CASE NO. C15-1633JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY JAIL, et al., | |
| Defendants. | |

On February 2, 2017, the court received Plaintiff Lavell D. Lewis's objections to United States Magistrate Judge James P. Donohue's report and recommendation ("R&R") on Defendants' motion for summary judgment. (Obj. (Dkt. # 43); *see also* R&R (Dkt. # 31); MSJ (Dkt. # 24).) Despite several extensions from the court (*see* 11/10/16 Order (Dkt. # 34); 12/28/16 Order (Dkt. # 40)), Mr. Lewis filed his objections after the ultimate deadline of January 27, 2017 (*see* 12/28/16 Order at 3; Dkt.). In addition, Mr. Lewis mailed his objections rather than filing them in accordance with the prisoner e-filing initiative, about which he has been warned on several occasions. (*See*

ORDER - 1

1  Dkt.)  As a result, the court had adopted Magistrate Judge Donohue's R&R, granted

2  Defendants summary judgment, and entered judgment against Mr. Lewis before receiving

3  his objections.  (*See* 2/2/17 Order (Dkt. # 41); Judgment (Dkt. # 42).)

4      Despite their untimeliness, the court has reviewed Mr. Lewis's objections and

5  determined that they do not alter the court's conclusion that Defendants are entitled to

6  summary judgment.  (*See* 2/2/17 Order at 1.)  Accordingly, the court rejects Mr. Lewis's

7  objections to the R&R.

8      Dated this 14th day of February, 2017.

            JAMES L. ROBART
            United States District Judge

ORDER - 2